IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES BARBOUR,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                          CASE NO. 1D16-2068

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed November 9, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

James Barbour, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and David Llanes, Assistant Attorney General,
Tallahassee, for Respondent.

PER CURIAM.

The petition seeking belated appeal is denied on the merits.

WOLF, BILBREY, and M.K. THOMAS, JJ., CONCUR.